# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Elvin Clemence Fontenot Jr.
Attorney at Law
110 East Texas Street
Leesville LA 71446

Earnest McCray, Jr. (DOC # 1321003)
FCC (Med), #13210-035
P. O. Box 26040
Beaumont TX 77720

**REHEARING ACTION: December 28, 2007**

**Docket Number: 07   00998-CA**

**STATE OF LOUISIANA**
**VERSUS**
**ONE (1) 1953, 4 DOOR GREEN CHEVROLET**
**VIN # LAA843774, ET AL**

**Appealed from Sabine Parish Case No. 58,871**

<u>**BEFORE JUDGES**</u>:

**Hon. Oswald A. Decuir**
**Hon. Marc T. Amy**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Earnest McCray, Jr.** has this day been

**DENIED.**

cc: Anna Louise Garcie, Counsel for the Appellee